In the Matter of the Claim of JOHN D. CAMPBELL, Respondent, against CRAINE, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued November 21, 1933; decided December 5, 1933.)

*Harold J. Hinman* and *Dickinson S. Talley* for appellants.

*John J. Bennett, Jr., Attorney-General* (*John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.